ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Dec-06 11:14:20
60CV-17-7065
C06D05 : 4 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

**INSURANCE COMPANY OF THE STATE**           **PLAINTIFF**
**OF PENNSYLVANIA a/s/o JOSE MARTINEZ**

v.             No._____

**ACE HARDWARE CORPORATION**           **DEFENDANT**

### COMPLAINT

COMES NOW the Plaintiff Insurance Company of the State of Pennsylvania (hereinafter also referred to as "Plaintiff") as subrogee of Jose Martinez (hereinafter also referred to as "Mr. Martinez"), by and through counsel, and brings this Action against Defendant Ace Hardware Corporation (hereinafter also referred to as "Defendant") in tort pursuant to Arkansas Code Annotated § 11-9-410(b) seeking recovery of workers' compensation insurance claim payments for bodily injury caused by the Defendant's negligence in loading bales of recyclable materials into a trailer that ultimately fell upon and injured Mr. Martinez on or about December 8, 2015 in Little Rock, Pulaski County, Arkansas. In support, Plaintiff would show unto this Honorable Court as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff Insurance Company of the State of Pennsylvania is a foreign insurer duly authorized to conduct business in the State of Arkansas.

2. Jose Martinez is an adult resident citizen of Mabelvale, Pulaski County, Arkansas who enjoyed coverage under a workers' compensation policy of insurance with Plaintiff at the times relevant as a result of his employment with Natural State Recycling.

3. Upon information and belief, Defendant Ace Hardware Corporation is foreign corporation formed in the State of Delaware with its principal office located in the State

1

EXHIBIT A

of Delaware and may be served with process through its registered agent, Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, Arkansas 72201.

4.  Upon information and belief, Defendant is national hardware retailer that is licensed and authorized to do business in the State of Arkansas and, further, does, in fact, do business in the State of Arkansas by and through, among other things, a distribution center located at or about 400 Murphy Drive, Maumelle, Arkansas 72113.  Therefore, this Honorable Court has personal jurisdiction over Defendant pursuant to Arkansas Code Annotated § 16-4-101.

5.  This Honorable Court has jurisdiction and venue is proper as this case arises from a workplace injury that occurred in Little Rock, Pulaski County, Arkansas on or about December 8, 2015.

## FACTS AND CAUSE OF ACTION

6.  By incorporation through reference, Plaintiff restates all previous allegations and averments.

7.  At all times relevant, Jose Martinez was employed fulltime with Natural State Recycling as a forklift driver, working at 4501 Thibault Road, Little Rock, Arkansas 72206.

8.  At all times relevant, Natural State Recycling has enjoyed coverage under a policy of workers' compensation insurance with Plaintiff.

9.  By and through his employment with Natural State Recycling, Mr. Martinez enjoyed coverage under Natural State Recycling's workers' compensation insurance policy with Plaintiff.

2

EXHIBIT A

10. On or about December 8, 2015, Mr. Martinez was unloading large bales of cardboard material from the back of a semi-truck trailer in the scope and course of his employment with Natural State Recycling.

11. In the course of doing so, a large bale of cardboard rolled off of the second row of bales and hit Mr. Martinez, pinning him to the ground under its weight.

12. As a result of the accident, Mr. Martinez sustained serious bodily injury including, but not limited to, a dislocated pelvis, fractured vertebrae, and damage to his bladder.

13. The large bales of cardboard were in a semi-truck trailer that had come from Defendant's distribution center at or about 400 Murphy Drive, Maumelle, Arkansas 72113.

14. Upon information and belief, Defendant's employees, agents, and/or servants loaded the large bales of cardboard into the semi-truck trailer.

15. Defendant's employees, agents, and/or servants failed to load the large cardboard bales into the trail in a reasonable manner so as to prevent the cardboard bales from toppling over on to nearby persons and/or property.

16. In the alternative, Defendant's employees, agents, and/or servants otherwise failed to properly load the large cardboard bales into the trailer in a reasonable manner.

17. The acts and/or omissions of Defendant's employees, agents, and/or servants in improperly loading the large bales of carboard material into the trailer amount to negligence for which Defendant is vicariously liable by and through the employment and/or agency relationship.

3

EXHIBIT A

18. The acts and/or omissions of Defendant's employees, agents, and/or servants were the sole, direct, and proximate cause of Mr. Martinez's injuries.

19. As a result of the accident, Mr. Martinez made a claim on Plaintiff's workers' compensation policy with Natural State Recycling.

20. Pursuant to its insurance policy, Plaintiff made payment in an amount not less than $282,557.09 to and/or on behalf of Mr. Martinez for his injuries caused by Defendant's negligence such that Plaintiff is legally, contractually, and equitably subrogated to recover the same from Defendant.

21. Prior to filing the instant Complaint, Plaintiff provided written notice to Mr. Martinez on or about July 21, 2017 of his right to retain independent counsel to pursue any benefits to which he is entitled from Defendant and, to date, Mr. Martinez has declined to do so, upon information and belief.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Insurance Company of the State of Pennsylvania prays that the Court grant it judgment in an amount not to exceed $350,000.00 for compensatory damages and, further, award it discretionary costs, court costs, pre-judgment interest, and post-judgment interest.

Respectfully submitted,

McDONALD KUHN, PLLC

/s/ Joseph B. Baker
Joseph B. Baker (2010057)
5400 Poplar Avenue, Suite 330
Memphis, Tennessee 38119
(901) 526-0606
*Attorneys for Plaintiff*

4

EXHIBIT A